IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>(01) HOWARD CHRISTOPHER WALTERS, aka "Chris Walters",<br>(02) JOSE LUIS ARMENDARIZ-RASCON, aka "Uncle" aka "Rambo",<br>(03) JESUS SALVADOR CAMPOY-ESTRADA, aka "Chava" aka "Chavita", and<br>(06) MIGUEL ARMENDARIZ-RASCON,<br><br>　　　　　　　　　Defendant. | Case No. 18-00334-1, 2, 3& 6-CR-W-BP |

**MOTION OF THE UNITED STATES FOR A
PRETRIAL DETENTION HEARING PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTION 3142(f)**

Come now the United States of America, by Timothy A. Garrison, United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, and hereby move the Court to detain defendants Howard Christopher Walters, Jose Luis Armendariz-Rascon, Jesus Salvador Campoy-Estrada, and Miguel Armendariz-Rascon without bail pending trial of this matter and to hold a hearing pursuant to Title 18, United States Code, Section 3142(f) for the purpose of demonstrating that no condition or combination of conditions of release will reasonably assure the defendants' appearance as required by the Court and the safety of other persons and the community.

**SUPPORTING SUGGESTIONS**

　　I.　Subsection 3142(f), Title 18, United States Code, provides that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of

1

conditions will reasonably assure the defendant's appearance and the safety of any other person in the community if the attorney for the government moves for such a hearing and if the case is in any one of the following categories:

    A. The case involves a <u>crime</u> <u>of</u> <u>violence</u>, a term defined to include either:

        1. An offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another; or

        2. Any other offense that is a <u>felony</u> and by its nature involves a substantial risk that physical force against the person or property of another <u>may</u> be used in the course of its commission.

    B. The case involves an offense where the maximum sentence is life imprisonment or death.

    C. The case is a narcotics case under Title 21, United States Code, for which imprisonment for ten years or more is prescribed.

    D. Any felony, even a nonviolent felony not involving drugs, if the person already has two or more convictions for a crime of violence, a crime punishable by life imprisonment, or a ten year drug felony.

    E. Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive d3evice (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code.

2

Case 4:18-cr-00334-BP   Document 3   Filed 11/19/18   Page 2 of 4

II.	The statute recognizes two additional situations which allow for a detention hearing and which can be raised either by the attorney for the government or by a judicial officer. These conditions are:

A. When there is a serious risk that the defendant will flee; or

B. When there is a serious risk that the person will "obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror."

III.	One or more grounds for a pretrial detention hearing for defendants Howard Christopher Walters, Jose Luis Armendariz-Rascon, Jesus Salvador Campoy-Estrada, and Miguel Armendariz-Rascon as set forth by the statute exists in the above cause.

Respectfully,

Timothy A. Garrison
United States Attorney

By	*/s/ William A. Alford, III*

WILLIAM A. ALFORD, III
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 19, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

                                            */s/ William A. Alford, III*

                                            WILLIAM A. ALFORD, III
                                            Assistant United States Attorney