IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>(01) HOWARD CHRISTOPHER WALTERS, aka "Chris Walters",<br>(02) JOSE LUIS ARMENDARIZ-RASCON, aka "Uncle" aka "Rambo",<br>(03) JESUS SALVADOR CAMPOY-ESTRADA, aka "Chava" aka "Chavita", and<br>(06) MIGUEL ARMENDARIZ-RASCON,<br><br>      Defendant. | Case No. <u>18-00334-1, 2, 3& 6-CR-W-BP</u> |

**MOTION OF THE UNITED STATES FOR
CONTINUANCE OF A DETENTION HEARING**

Comes now the United States of America, by the United States Attorney for the Western District of Missouri, and does hereby moves the Court for its order granting a continuance of the detention hearing as provided by Section 3142(f), Title 18, United States Code.

**SUPPORTING SUGGESTIONS**

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of any other person and the community when the attorney for the government moves for a detention hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the

government seeks a continuance. Except for good cause, a continuance on motion of the person may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days. During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding defendants Howard Christopher Walters, Jose Luis Armendariz-Rascon, Jesus Salvador Campoy-Estrada, and Miguel Armendariz-Rascon, to evaluate the said information, and to prepare for the hearing.

                                                                                  Respectfully,

                                                                                  Timothy A. Garrison
                                                                                  United States Attorney

By    */s/ William A. Alford, III*

                WILLIAM A. ALFORD, III
                Assistant United States Attorney

                Charles Evans Whittaker Courthouse
                400 East 9th Street, Fifth Floor
                Kansas City, Missouri   64106
                Telephone:  (816) 426-3122

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 19, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

                */s/ William A. Alford, III*

                WILLIAM A. ALFORD, III
                Assistant United States Attorney